# EXHIBIT A

**SUBJECT PHOTOGRAPHS**



**INFRINGING USE**




1
COMPLAINT





