Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HARBER, an individual doing business as "GABRIEL HARBER PHOTOGRAPHY", <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL SHELLENBERGER, et al., <br><br> Defendants. | Case No. 5:23-cv-00494-EJD <br> *Hon. Edward J. Davila Presiding* <br><br> **NOTICE OF DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Gabriel Harber, an individual doing business as Gabriel Harber Photography, hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs and attorneys' fees.

Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

Dated: June 6, 2023     By:   /s/ *Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
*Attorneys for Plaintiff*